# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH
   First Assistant United States Attorney
3  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
4  Telephone: (702)388-6336
   Fax: (702)388-6296

2013 MAR 22  P 2: 59

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARREN COKER, et al.,                )   2:13-cr-00087-MMD-CWH
                                     )
                                     )   GOVERNMENT'S EX PARTE
                                     )   MOTION TO UNSEAL
                                     )

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order unsealing the Indictment and all subsequent proceedings in the above captioned case. There is no longer a need to seal the case.

This the 22 day of March, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DARREN COKER, et al., ) 2:13-cr-00087-MMD-CWH
) 
) ORDER TO UNSEAL
)

Based on the Ex Parte Application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment and all subsequent proceedings in the above captioned case shall be unsealed.

DATED this __25__ day of March 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2