**FILED**

DEC - 5 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-087-APG-(CWH) |
| ) | |
| DARREN COKER, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE AS TO DARREN COKER**

On September 6, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant DARREN COKER to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 36; Plea Agreement, ECF No. 37; Preliminary Order of Forfeiture, ECF No. 39.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant DARREN COKER.

DATED this 5th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE